**FILED**
CLERK, U.S. DISTRICT COURT

Aug 30, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Quebec Distributing Co., | ) CASE NO.: 5:16-cv-00834-SVW-GJS |
| Plaintiff | ) JUDGMENT |
| vs. | ) |
| Unique Produce Corp. et al, | ) |
| Defendant. | ) |

Judgment is entered for Plaintiff Quebec Distributing Co., and against Defendant Unique Produce Corp., pursuant to the Court's order dated August 29, 2016.

DATE: August 30, 2016

_____
STEPHEN V. WILSON, U.S. DISTRICT JUDGE